Gibson never said that the RAM chip, which we're talking about, this adjacent chip, was part of the physical data source. He never said that. What he said, on the contrary, was that five elements on the Broadcom chip, that's the only thing he talked about, were the physical data source. And I commend you to what he said in particular on that subject, and his, on blue 35, the blue brief, page 35, it cites Gibson's testimony. Five elements. One of those five elements was not this adjacent RAM chip. And for now, Mr. Waxman to say that that this adjacent chip is part of the physical data source is expert testimony given during this hearing. It is not testimony that was given at the trial. And I suggest it is improper testimony. They refer to our position as equivalent. It is not equivalent. You must remove it from the physical data source. It was not removed from the physical data source. It was removed by software from this adjacent chip, and there's not a shred of evidence, including footnote 19 on page 52, that it comes back through or to the physical data source. The most that you can extract from that, and this is an ambitious suggestion, is somehow some way that somebody reading that, an expert, and there's no explanation of what all the pages they cite mean, there's software there, there are drawings there, that somehow it goes back to the Broadcom chip, but the Broadcom chip has not only five elements, it's got 10, 15, 20 elements. It doesn't say where it goes back through that chip, even if it says it goes, even if there were testimony that said that, and I submit it is not testimony, it is attorney argument. Though I have four minutes and 20 seconds, I am cognizant of Judge Klobuchar's comment that he wishes he had as much time as I had, and I see in my last four minutes. Thank you. I think we really shouldn't do that. I think if there's something that you need, that you think is really pressing, that you feel that there's been something that's gone badly amiss, I think you can send a letter to which Mr. Dunner can respond, but I think if we continue in this way, we'll have to have sir-sir rebuttal, and I think we'll probably not get it. Well, I was just going to make the point. For you, but not for us, alas. Thank you, and thank both cases submitted.